Manny Ronald COLLINS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 33858.

Missouri Court of Appeals, Western District.

Feb. 1, 1983.

Peter M. Schloss, Asst. Public Defender, 7th Judicial Circuit, Liberty, for appellant.

John Ashcroft, Atty. Gen., William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from judgment denying relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).